1  Michelle A. Clark, Bar No. 243777
   miclark@littler.com
2  Gerardo Hernandez, Bar No. 292809
   ghernandez@littler.com
3  Emilio A. Rodriguez, Bar No. 340877
   earodriguez@littler.com
4  LITTLER MENDELSON, P.C.
   5200 North Palm Avenue
5  Suite 302
   Fresno, California 93704.2225
6  Telephone: 559.244.7500
   Fax No.:   559.244.7525
7
   Attorneys for Defendant
8  UNITED AIRLINES, INC.

9

                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11

12

13  ROGER SOTO,                              Case No. 4:24-cv-03045-HSG

14              Plaintiff,                   **DEFENDANTS NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM, OR IN THE ALTERNATIVE, TRANSFER VENUE**
15      v.

16  UNITED AIRLINES, INC.; and DOES 1-10,

17              Defendants.                  Date:    September 3, 2024
                                             Time:    2:00 p.m.
18                                           Courtroom 2-4th Floor

19                                           Honorable Haywood S. Gilliam, Jr.

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

DEFENDANTS NOTICE OF
MOTION TO DISMISS
4:24-CV-03045-HSG

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that on September 3, 2024, at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 2 of the United States District courthouse of the above captioned court located at 1301 Clay Street, Oakland, CA 94612, Defendant UNITED AIRLINES, INC., will and hereby does move the court for an order to dismiss or in the alternative, to dismiss or transfer venue.

The motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, any oral argument as may be presented at the hearing, and on all other papers, records, the pleadings on file in this action, and such additional evidence and argument that the Court may allow prior to and during the hearing on this motion.

Dated: July 19, 2024                             LITTLER MENDELSON, P.C.


*Michelle A. Clark*
Michelle A. Clark
Gerardo Hernandez
Emilio A. Rodriguez

Attorneys for Defendant
UNITED AIRLINES, INC.,

4884-4960-5074, v. 2

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

DEFENDANTS NOTICE OF MOTION TO DISMISS
4:24-CV-03045-HSG