Michelle A. Clark, Bar No. 243777
miclark@littler.com
Gerardo Hernandez, Bar No. 292809
ghernandez@littler.com
Emilio A. Rodriguez, Bar No. 340877
earodriguez@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California 93704.2225
Telephone: 559.244.7500
Fax No.: 559.244.7525

Attorneys for Defendant
UNITED AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SOTO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED AIRLINES, INC.; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 4:24-cv-03045-HSG<br><br>**NOTICE OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:　September 3, 2024<br>Time:　2:00 p.m.<br>Courtroom 2 – 4th Floor<br><br>Honorable Haywood S. Gilliam, Jr. |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF ROGER SOTO:

Defendant UNITED AIRLINES, INC., ("Defendant") requests that, pursuant to Rule 201 of the Federal Rules of Evidence, this Court take judicial notice of the following facts and documents in support of Defendant's Motion To Dismiss, Or In the Alternative Transfer Venue of Plaintiff ROGER SOTO's ("Plaintiff") Complaint on the grounds that such information is not subject to reasonable dispute and is capable of accurate and ready determination by reference to sources whose accuracy cannot be reasonably questioned.

Dated: July 19, 2024

LITTLER MENDELSON, P.C.

*Michelle A. Clark*
Michelle A. Clark
Gerardo Hernandez
Emilio A. Rodriguez

Attorneys for Defendant
UNITED AIRLINES, INC.,

4861-6213-9346, v. 1

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

4861-6213-9346.1 / 087218-1083

NOTICE OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT