Michelle A. Clark, Bar No. 243777
miclark@littler.com
Gerardo Hernandez, Bar No. 292809
ghernandez@littler.com
Emilio A. Rodriguez, Bar No. 340877
earodriguez@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California  93704.2225
Telephone:   559.244.7500
Fax No.:      559.244.7525

Attorneys for Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SOTO,<br><br>                    Plaintiff,<br><br>         v.<br><br>UNITED AIRLINES, INC.; and DOES 1-10,<br><br>                    Defendants. | Case No. 4:24-cv-03045-HSG<br><br>**ORDER**<br><br>Honorable Haywood S. Gilliam, Jr |

LITTLER
MENDELSON, P.C.
5200 North Palm
Avenue
Suite 302
Fresno, CA
93704.2225
559.244.7500

Having read the Parties' stipulation to extend the briefing schedule to Defendant's motion to dismiss, or in the alternative, transfer venue, and finding good and sufficient cause, the Court hereby extends the current briefing schedule according to the following schedule:

a) August 9, 2024 – Plaintiff's deadline to file and serve Opposition.

b) August 23, 2024 – Defendant deadline to file and serve Reply brief.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   7/30/2024

Honorable Haywood S. Gilliam, Jr.

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA
93704.2225

1

ORDER